■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWIN JOSEPH GOULD, Appellant.— Upon defendant's notice of appeal which states that the appeal is from a judgment of the County Court, Orange County, rendered March 4, 1964, this court treats the appeal as from the resentencing judgment rendered by said court on November 10, 1966 (Code Crim. Pro., § 524-c). Action remitted to the trial court for the purpose of a hearing to be held and a determination to be made, by a Judge other than the Trial Judge, on the issue of defendant's sanity at the time of trial. If it is found defendant was not sane at that time, a new trial should be ordered; if the contrary is found, the judgment should be affirmed (*People* v. *Gonzales*, 20 N Y 2d 289, 293–294; *People* v. *Hudson*, 19 N Y 2d 137; *Pate* v. *Robinson*, 383 U. S. 375, 378; *People* v. *Gomez*, 28 A D 2d 737). In line with the procedure indicated (see *People* v. *Gonzales*, *supra*), the hearing should be held before a Judge other than the Trial Judge so that the latter can be called upon to testify concerning his observations of defendant at the time of the trial. Christ, Acting P. J., Brennan, Rabin, Hopkins and Munder, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALFRED E. MOORE, Appellant.— Order of the Supreme Court, Queens County, dated March 29, 1966, affirmed. In our opinion, the People sustained the burden which was theirs (see *People* v. *Fernandez*, 29 A D 2d 667) of showing beyond a reasonable doubt that defendant's statement was voluntary. We are also of the view that the trial court's opinion sufficiently set forth its findings of fact and conclusions of law, as required by *People* v. *Huntley* (15 N Y 2d 72, 77). Beldock, P. J., Brennan, Rabin, Hopkins and Martuscello, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEE LEO STROLLO, Appellant.— Order of the Supreme Court, Queens County, dated August 19, 1966 and made on reargument, affirmed insofar as it adhered to the original decision. No opinion. Appeal from order of said court, dated August 15, 1966 and made on the original decision, dismissed as academic. That order was superseded by the order dated August 19, 1966. Beldock, P. J., Brennan, Rabin, Hopkins and Martuscello, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIS EVE, Appellant, v. WILFRED L. DENNO, as Warden of Sing Sing Prison, Respondent.— Judgment of the Supreme Court, Westchester County, dated June 27, 1966, which dismissed a writ of habeas corpus, affirmed, without costs. No opinion. This determination is without prejudice to any appropriate application by appellant in the First Department. Christ, Acting P. J., Rabin, Hopkins, Benjamin and Munder, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. PHILIP VIZZARI, Appellant, v. HOWARD R. LEARY, as Police Commissioner of the City of New York, Respondent.— Judgment of the Supreme Court, Kings County, dated November 2, 1967, affirmed, without costs. No opinion. Enforcement of the remanding provision of the judgment is further stayed until January 25, 1968, on which day the relator shall surrender himself at Criminal Term, Part I of the Supreme Court, Kings County. Beldock, P. J., Rabin, Benjamin, Munder and Martuscello, JJ., concur.